UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WOODMAN'S FOOD MARKET, INC.,

      Plaintiff,

v.                                                                                                  Case No. 14-CV-734-slc

THE CLOROX COMPANY, and
THE CLOROX SALES COMPANY,

      Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that Donald K. Schott of Quarles & Brady LLP appears for and represents Defendants The Clorox Company and The Clorox Sales Company in the above-entitled matter and hereby requests copies of all further notices and proceedings herein to be served upon the undersigned at the electronic address shown below.

Dated this 20th day of November, 2014.

                                                      Respectfully submitted,

                                                      */s/ Donald K. Schott*
                                                      Donald K. Schott
                                                      donald.schott@quarles.com
                                                      Rachel A. Graham
                                                      rachel.graham@quarles.com
                                                      Stacy A. Alexejun
                                                      stacy.alexejun@quarles.com
                                                      QUARLES & BRADY LLP
                                                      33 East Main Street, Suite 900
                                                      Madison, WI  53703
                                                      Tel.: 608.251.5000
                                                      Fax: 608.251.9166

                                                      ***Attorneys for Defendants The Clorox Company and The Clorox Sales Company***

QB\31411871.1

-2-

        Joshua H. Soven
        jsoven@gibsondunn.com
        Michael R. Huston
        MHuston@gibsondunn.com
        Gibson, Dunn & Crutcher LLP
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036-5306
        Tel.: 202.955.8503 •
        Fax: 202.530.9518

***Attorneys for Defendants The Clorox Company and The Clorox Sales Company***

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Donald K. Schott*
        Donald K. Schott

QB\31411871.1