# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 12, 2016

| Before: | DIANE P. WOOD, Chief Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |
| | JOHN ROBERT BLAKEY, District Court Judge* |

| No. 15-3001 | WOODMAN'S FOOD MARKET, INC., <br> Plaintiff - Appellee <br><br> v. <br><br> CLOROX COMPANY and CLOROX SALES COMPANY, <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:14-cv-00734-slc <br> Western District of Wisconsin <br> Magistrate Judge Stephen L. Crocker ||

   We **REVERSE**, with costs, the district court's denial of Clorox's motion to dismiss for failure to state a claim and its order rejecting Clorox's argument that Woodman's no longer has any rights under the statute and **REMAND** for further proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on this date.

_____

*Of the Northern District of Illinois, sitting by designation.

   form name: **c7_FinalJudgment**(form ID: **132**)